**ORIGINAL**

RECEIVED
JAN 3 1 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

FORM 2
COVER SHEET

ECF

# In The United States Court of Federal Claims

Cover Sheet

Plaintiff(s) or Petitioner(s)
United States Fidelity & Guaranty Company

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Christopher J. Brasco

Firm Name: Watt, Tieder, Hoffar & Fitzgerald, L.L.P.

Post Office Box: 06-77 C

Street Address: 8405 Greensboro Drive, Suite 100

City-State-Zip: McLean, Virginia 22102

Telephone & Facsimile Numbers: (703) 749-1000
(f) (703) 893-8029

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 3 0
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: A C R
See attached sheet for three-digit codes.

Amount Claimed: $7,050,088
Use estimate if specific amount is not pleaded.

Bid Protest: $________
Indicate approximate amount of procurement at issue.
Is plaintiff a small business? ☐ Yes ☒ No

Vaccine Case:
Date of Vaccination: ________

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.

250 ✓