ECF

ORIGINAL

FILED

JAN 3 1 2006

U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY<br><br>Plaintiff,<br>v.<br><br>THE UNITED STATES OF AMERICA<br><br>Defendant. | ) | Case No. 06-77 C |

**UNITED STATES FIDELITY AND GUARANTY COMPANY'S**
**DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST**

COMES NOW United States Fidelity and Guaranty Company ("USF&G"), by counsel and pursuant to Local Rule 7.1, and for its Disclosure Statement states as follows:

USF&G is a wholly owned subsidiary of St. Paul Fire and Marine Insurance Company. St. Paul Fire & Marine Insurance Company is a wholly owned subsidiary of the St. Paul Travelers Companies, Inc. The St. Paul Travelers Companies, Inc. is the only publicly held company in the corporate family.

Dated: January 31, 2006.

Respectfully submitted,

**UNITED STATES FIDELITY & GUARANTY COMPANY**

By Counsel: [signature] ________________

Christopher J. Brasco (Va. Bar No. 31873)
WATT, TIEDER, HOFFAR
& FITZGERALD, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, Virginia 22102-5104
(703) 749-1000 (Telephone)
(703) 893-8039 (Facsimile)