# In the United States Court of Federal Claims

**No. 06-77C**
**(Filed: March 21, 2006)**

* * * * * * * * * * * * * * * * *
*
**UNITED STATES FIDELITY & GUARANTY COMPANY,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

A review of the pleadings indicates that I am disqualified from this proceeding pursuant to 28 U.S.C. § 455. Accordingly, the matter is returned to the Clerk of the Court for random reassignment to another Judge.

**IT IS SO ORDERED.**

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge

cc: ADR Judge Hodges