# In the United States Court of Federal Claims

**No. 06-77 C**

**Filed: March 22, 2006**

**UNITED STATES FIDELITY& GUARANTY COMPANY,**

**v.**

**THE UNITED STATES**

**NOTICE OF REASSIGNMENT TO:**

**Judge Thomas C. Wheeler**

Pursuant to Rule 40.1 this case has been reassigned to the above Judge for the conduct of proceedings pursuant to the Rules of the United States Court of Federal Claims.

s/Brian Bishop
Brian Bishop, Clerk of Court