IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-77C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 45-day enlargement of time, to and including May 18, 2006, within which to file a response to the complaint filed by plaintiff, United States Fidelity & Guaranty Company. Our response is currently due on April 3, 2006. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel states that plaintiff does not oppose this request, but expects the Government to act in good faith and use its best efforts to obtain and provide relevant documents as expeditiously as possible.

The requested enlargement of time is necessary because undersigned counsel has not yet received a litigation report (see 28 U.S.C. § 520) from the Department of Agriculture. The allegations contained in the complaint contain particularly complex legal and factual issues relating to suretyship, contract interpretation, and contract performance, and the Department of Justice and the Department of Agriculture require additional time to analyze the issues involved and coordinate the Government’s response to plaintiff’s complaint.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which we may respond to the plaintiff's complaint by 45 days, to and including May 18, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ James M. Kinsella
JAMES M. KINSELLA
Deputy Director

s/ Andrew P. Averbach
ANDREW P. AVERBACH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, DC 20530
Tel. (202) 353-0527
Fax. (202) 305-2118

March 27, 2006

Attorneys for Defendant