# In the United States Court of Federal Claims

No. 06-77C

(Filed: July 17, 2006)

************************************ *
*
UNITED STATES FIDELITY AND *
GUARANTY COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

## SCHEDULING ORDER

On July 17, 2006 the Court held a telephonic preliminary scheduling conference with counsel for the parties pursuant to Rule 16(b) and Appendix A, paragraph 7, of the Court's rules ("RCFC"). With the agreement of the parties, the Court hereby adopts the following schedule concerning initial disclosures and discovery:

1. Pursuant to RCFC 26(a)(1), all initial disclosures shall be made on or before August 14, 2006.

2. Plaintiff's expert report is due on or before February 15, 2007.

3. Defendant's expert report is due on or before March 15, 2007.

4. All fact discovery shall be completed on or before July 30, 2007.

Independent of the above schedule regarding discovery, the Court discussed with counsel the need to supplement the pleadings to address an affirmative claim of the Government. Plaintiff shall file its supplemental pleading pursuant to RCFC 15(d) on or

before August 16, 2006. Defendant shall file its response thereto on or before August 30, 2006. Plaintiff shall file its reply, if any, on or before September 6, 2006.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge