IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, | ) | |
| Plaintiff, | ) | No. 06-77C |
| | ) | (Judge Wheeler) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joseph A. Pixley as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street, NW

Dated: August 25, 2006

s/ Joseph A. Pixley

JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 307-0843
Facsimile: (202) 307-0972