IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-77C (Judge Wheeler) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Rules 6(b) and 6.1 of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including August 30, 2006, within which to file a response to the supplemental complaint filed by plaintiff, United States Fidelity & Guaranty Company. Our response is currently due on August 30, 2006. Plaintiff's counsel does not oppose this request.

This is our first request for an enlargement of time for this purpose. This case was recently transferred to the undersigned defendant's counsel, Joseph A. Pixley, on August 22, 2006. Due to the complexity of the issues involved in the case and the volume of material, the additional time requested is necessary for defendant's counsel to review the case file, coordinate with agency counsel, and to prepare an appropriate response to the supplemental complaint. The parties are proceeding with discovery. The requested enlargement will not impact the discovery schedule, which is set for completion on or before July 30, 2007.

For the foregoing reasons, we respectfully request that the Court grant our unopposed motion to enlarge the time within which to respond to the supplemental complaint, by 14 days, to

and including August 30, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

s/ Joseph A. Pixley
JOSEPH A. PIXLEY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit 8th Floor
Washington, DC 20530
Tel. (202) 307-0843
Fax. (202) 307-0972

August 25, 2006

Attorneys for Defendant