IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-77C |
| THE UNITED STATES, | ) | (Judge Wheeler) |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of JAMES W. POIRIER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

James W. Poirier
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attention: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 307-6289
Fax: (202) 514-7969
james.poirier@usdoj.gov

S/ James W. Poirier
JAMES W. POIRIER
ATTORNEY
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6289
Fax: (202) 514-7969

September 21, 2006

CERTIFICATE OF FILING

I hereby certify that on September 21, 2006, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier