**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **UNITED STATES FIDELITY & GUARANTY COMPANY**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE UNITED STATES OF AMERICA,**<br><br>**Defendant.** | ) | **Case No. 06-77C**<br>**(Judge Wheeler)** |

## PLAINTIFF'S ANSWER TO DEFENDANT'S COUNTERCLAIM

27. Admitted.

28. Plaintiff admits the allegation contained in paragraph 28 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 28.

29. Admitted.

30. Admitted.

31. Plaintiff admits the allegation contained in paragraph 31 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 31.

32. Plaintiff admits the allegation contained in paragraph 32 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 32.

33. The allegations contained in paragraph 33 constitute conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

34. Denied.

35. The allegations contained in paragraph 35 constitute conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

36. The allegations contained in paragraph 36 constitute conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

. 37. Denied.

38. The allegations contained in paragraph 38 constitute conclusions of law, to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

## AFFIRMATIVE DEFENSES

1. Defendant is not entitled to relief for its claims because Defendant's acts and omissions materially altered the risk USF&G undertook as surety.

2. Defendant is not entitled to relief for its claims because Defendant's acts and omissions materially impaired USF&G's rights as surety.

3. Defendant is not entitled to relief for its claims due to its failure to mitigate damages.

4. Defendant is not entitled to relief for its claims for all of the reasons contained in USF&G's Complaint and Supplemental Complaint in this action.

5. Defendant is not entitled to relief for its claims for all the reasons contained in USF&G's Contract Disputes Act Claim submitted to the United States Department of Agriculture.

Dated October 4, 2006.

Respectfully Submitted,

/s/ Christopher J. Brasco
CHRISTOPHER J. BRASCO
Watt, Tieder, Hoffar & Fitzgerald, L.L.P.
8405 Greensboro Drive, Suite 100
McLean, VA 22102
Tel: (703) 749-1000
Fax: (703) 893-8029
Counsel for the Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2006, a copy of Plaintiff's Answer to Defendant's Counterclaim was filed electronically. I understand that notice of filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Christopher J. Brasco