IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-77C |
| THE UNITED STATES, | ) | (Judge Wheeler) |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF FIRST DISCOVERY ORDER

Defendant, the United States, respectfully requests that the Court enter the attached "First Discovery Order." Counsel for the plaintiff, United States Fidelity & Guaranty Company ("Fidelity"), has authorized us to state that Fidelity does not oppose this motion.

Counsel for both parties have been working cooperatively to facilitate the exchange of a large volume of documents. The purpose of the proposed order is to further expedite these efforts by providing a mechanism for persons to recover privileged documents disclosed by mistake.

Our motion is in the interests of justice and judicial economy. We respectfully request that our unopposed motion for entry of the first discovery order be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/ Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director

S/ James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L Street, N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

November , 2006 Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on November , 2006, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR ENTRY OF FIRST DISCOVERY ORDER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier