# In the United States Court of Federal Claims

No. 06-77C

(Filed: November 3, 2006)

************************************ *
*
UNITED STATES FIDELITY AND *
GUARANTY COMPANY, *
*
Plaintiff, *
*
v. *
*
THE UNITED STATES, *
*
Defendant. *
*
************************************ *

**ORDER**

Before the Court is Defendant's unopposed motion, filed November 1, 2006, for entry of a "First Discovery Order" relating to privileged documents or information. Defendant states that "both parties have been working cooperatively to facilitate the exchange of a large volume of documents," and that "[t]he purpose of the proposed order is to further expedite these efforts by providing a mechanism for persons to recover privileged documents disclosed by mistake." (Motion at 1). The proposed discovery order describes an elaborate procedure for notice and return of documents claimed to be privileged, with the last date for such notice being "no later than 10 business days after the exhibit lists are filed in this case pursuant to RCFC Appendix A, ¶ 13(b)." (Proposed Order, ¶ 3). The proposed order provides for the filing of motions challenging the assertion of a privilege "within 60 days from receipt of notice." Id., ¶ 6.

With due regard for the efforts of counsel in facilitating the exchange of documents, the Court regards the proposed order as potentially an ill-advised relaxation of counsel's obligation to review documents for privileged material before they are produced. Moreover, the proposed procedures in the order are unworkable, purportedly allowing for motions relating to privileged documents up to 70 days after exhibit lists are filed, regardless of when

the documents may have been produced, or to whom the documents may have been distributed. The better approach is for counsel to exercise normal professional diligence to review all documents in advance of production, and assure that documents containing privileged material are not disclosed. Accordingly, Defendant's motion is DENIED.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge