# In the United States Court of Federal Claims

No. 06-77C

(Filed: January 23, 2007)

```
************************************* *
                                      *
UNITED STATES FIDELITY AND            *
GUARANTY COMPANY,                     *
                                      *
                   Plaintiff,         *
                                      *
 v.                                   *
                                      *
THE UNITED STATES,                    *
                                      *
                   Defendant.         *
                                      *
************************************* *
```

**AMENDED SCHEDULING ORDER**

On January 12, 2007, Plaintiff filed with the Court an unopposed motion requesting an additional nine months to submit expert reports and to complete discovery. Under the circumstances described, the Court believes that a nine-month extension would be excessive, and accordingly Plaintiff's motion is DENIED. The Court will allow instead a three-month enlargement which should provide the parties with a reasonable opportunity to complete expert reports and discovery. The Scheduling Order entered on July 17, 2006 is amended as follows:

1. Plaintiff's expert report is due on or before May 15, 2007.

2. Defendant's expert report is due on or before June 15, 2007.

3. All fact discovery shall be completed on or before October 30, 2007.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge