# In the United States Court of Federal Claims

No. 06-77C

(Filed: February 12, 2007)

| | |
|---|---|
| *************************************** | * |
| | * |
| UNITED STATES FIDELITY AND GUARANTY COMPANY, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES, | * |
| | * |
| Defendant. | * |
| | * |
| *************************************** | * |

**SECOND AMENDED SCHEDULING ORDER**

On February 12, 2007, the Court held a telephonic conference to discuss Defendant's February 1, 2007 unopposed request for further amendments to the discovery schedule in this case. For good cause shown, Defendant's motion is GRANTED. With the agreement of both parties, the Amended Scheduling Order entered on January 23, 2007 is amended as follows:

1. All fact discovery shall be completed on or before October 30, 2007;

2. Plaintiff's expert report is due on or before December 14, 2007;

3. Defendant's expert report is due on or before January 28, 2008;

4. All expert discovery shall be completed on or before February 28, 2008.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge