IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| UNITED STATES FIDELITY & GUARANTY COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-77C |
| THE UNITED STATES, | ) | (Judge Wheeler) |
| Defendant. | ) | |

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(ii) of the Rules of the United States Court of Federal Claims, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs, attorney fees, and expenses.

Respectfully submitted,

S/ Christopher J. Brasco
CHRISTOPHER J. BRASCO
Watt, Tieder, Hoffar
& Fitzgerald, L.L.P.
8405 Greensboro Drive
McLean, VA 22102-5104
Telephone: (703) 749-1076
Facsimile: (703) 893-8039

Attorney for Plaintiff

January 4, 2008

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

S/Steven J. Gillingham
STEVEN J. GILLINGHAM
Assistant Director
Authorized Representative
Of The Attorney General

S/James W. Poirier
JAMES W. POIRIER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tele: 202-616-0856
Fax: 202-514-7969

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on January 4, 2008, a copy of the foregoing "JOINT STIPULATION OF DISMISSAL WITH PREJUDICE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

S/ James W. Poirier